UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

STEVE VAN HORNE,

    Plaintiff,

v.

                                No. 1:24-CV-007-H

JUDGE SPARKY DEAN, et al.,

    Defendants.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed with prejudice for the same reasons given in *Van Horne v. Haag, et al.*, No. 1:23-CV-240. *See* Dkt. No. 11. In sum, the FCR states that plaintiff Steve Van Horne's "allegations of poverty were untrue, and his testimony at a hearing on his IFP application was evasive and untrue in several material respects pertaining to his financial ability to pay the Court's filing fee." *Id.* at 1–2. And "[b]ecause Van Horne's IFP application in this case is identical to the one he filed in *Haag*," the FCR adopts the same findings made in connection with that application. *Id.* at 2.

Van Horne appealed the denial of his IFP application in *Haag*. No. 1:23-CV-240, Dkt. No. 17. "Because the Fifth Circuit's decision in *Haag* [would] effectively resolve the identical issues in this case," the Court administratively closed this case "pending completion of the appeal." Dkt. No. 15 at 2. The Fifth Circuit dismissed Van Horne's appeal as frivolous and denied his motion to recall the mandate. No. 1:23-CV-240, Dkt. Nos. 26; 27. Undeterred, Van Horne filed a petition for certiorari with the United States Supreme Court, which was ultimately denied. No. 1:23-CV-240, Dkt. No. 29. Van Horne

exhausted his appellate rights and timely objected to the FCR (Dkt. No. 12).  The FCR is thus ripe for review.

Throughout his objections, Van Horne offers line-by-line responses to selected quotations from the FCR.  *See* Dkt. No. 12 at 1–14.  His objections, however, "do[] nothing more than state a disagreement with the Magistrate Judge's recommendation" and are thus insufficient "to present grounds for review."  *Sims v. Allstate Fire & Cas. Ins. Co.*, No. SA-22-CV-580, 2026 WL 837292, at *1 (W.D. Tex. Mar. 25, 2026) (citations omitted).  Indeed, Van Horne ends his objections with two paragraphs of accusations against the Magistrate Judge.  *See* Dkt. No. 12 at 14.  This is insufficient to merit de novo review.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error.  *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020).  The District Court has reviewed the FCR for plain error.  Finding none, the Court accepts and adopts the FCR.  The plaintiff's claims against the defendants are dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(A).

So ordered on July 26, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE